UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 05-803 SBA |
|---|---|
| Plaintiff, | |
| | ORDER GRANTING STIPULATED REQUEST TO DISMISS FORM 12, TERMINATE SUPERVISION AND VACATE FUTURE HEARING |
| vs. | |
| ANTHONY HOLLINGSWORTH, | |
| Defendant | |

For the reasons stated above, IT IS HEREBY ORDERED that the pending Petition for Summons for Offender Under Supervision is dismissed on the motion of the defendant, the government and United States Probation. The defendant's one year term of supervised release is hereby terminated. The February 19, 2013 court appearance before Magistrate Judge Ryu regarding the pending Petition for Summons for Offender Under Supervision may be taken off calendar.

SO ORDERED:

Dated: 2/8/13

_____
Honorable Sandra Brown Armstrong
United States District Court Judge